# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00636-DSC

| | |
|---|---|
| **JUSTIN SHERRILL KELLY,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **SARAH A.H. CONNER, et. al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court following the filing of Plaintiff's "Motion to Compel Discovery …" (document #36).

Plaintiff filed this Motion without first contacting the undersigned's chambers to schedule a telephone discovery conference as required by the "Case Management Order" <u>entered</u> by the Honorable Frank D. Whitney on May 5, 2014. <u>See</u> Document #28 at 4.

Accordingly, Plaintiff's "Motion to Compel Discovery …" (document #36) is **STRICKEN**. In the event counsel cannot resolve the present dispute without the Court's involvement, they are directed to contact the undersigned's chambers to schedule a telephone conference.

The Clerk is directed to send copies of this Order to counsel of record.

**SO ORDERED**.

Signed: January 15, 2015

David S. Cayer
United States Magistrate Judge