IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00636-DSC

| | |
|---|---|
| JUSTIN SHERILL KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| SARAH H. CONNER, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court *sua sponte* after review of the parties' pending Motions for Summary Judgment. The Court **orders** Defendants North Carolina Private Protective Services Board and the City of Charlotte to file supplemental responses addressing Plaintiff's argument that Chapter 74C of the North Carolina General Statutes is unconstitutional under the Due Process Clause of the Fifth Amendment and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution. These supplemental responses shall be filed on or before April 2, 2015. Plaintiff shall file supplemental replies to these responses on or before April 13, 2015.

The Court directs the Clerk to move the trial date from April 6, 2015 to the Court's next civil trial term beginning on September 14, 2015.

**SO ORDERED**.

Signed: March 16, 2015

David S. Cayer
United States Magistrate Judge