# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00636-DSC

| | |
|---|---|
| **JUSTIN SHERILL KELLY,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **SARAH H. CONNER, et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Defendants' Motion for Miscellaneous Relief" (document #78) wherein the parties request a status conference. The Court <u>grants</u> the Motion <u>in part</u>. The parties are directed to meet and confer within fourteen days of entry of this Order and file a status report within twenty-eight days of this Order. The parties shall discuss and report a proposed schedule for resuming the mediated settlement conference as well as any other pretrial matters.

**SO ORDERED**.

Signed: April 4, 2017

David S. Cayer
United States Magistrate Judge