# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00636-DSC

| | |
|---|---|
| JUSTIN SHERILL KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| SARAH H. CONNER, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Motion of Plaintiff, by and through counsel, to dismiss the individual-capacity claims against Defendants Michael Ford, William Murray, Gilberto a/k/a Gil Narvaez, and Eric Mickley, and it appearing that all Defendants in this action either consent to, or do not object to, said Motion,

**FOR GOOD CAUSE SHOWN**, pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby ordered that Plaintiff's Motion is granted and that the individual-capacity claims against the above-named Defendants are hereby **DISMISSED**.

**SO ORDERED**.

Signed: June 9, 2017

_____
David S. Cayer
United States Magistrate Judge