# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Justin Sherill Kelly**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00636-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Sarah H. Conner | ) | |
| North Carolina Private Protection | ) | |
| Services Board | ) | |
| Michael Ford | ) | |
| William Murray | ) | |
| City of Charlotte | ) | |
| Gilberto Narvaez | ) | |
| James Kevin Galyan | ) | |
| Jason Kerl | ) | |
| Eric Mickley | ) | |
| Rodney Monroe**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 14, 2017 Order.

December 15, 2017

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court